# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ELLIS CRIM,** ) | **CASE NO. 1:05CV1465** |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **Judge Peter C. Economus** |
| ) | |
| **CHRISTINE MONEY,** ) | |
| ) | |
| Respondent. ) | **JUDGMENT** |

Pursuant to the Memorandum of Opinion issued in the case on this date, Ellis Crim's petition for a writ of habeas corpus is **DENIED**. The Court certifies that an appeal cannot be taken in good faith because Crim has not made a substantial showing of the denial of a constitutional right. See Federal Rule of Appellate Procedure 22(b); 28 U.S.C. § 2253(c). The Court also certifies that a motion to proceed *in forma pauperis* on appeal cannot be well taken. See 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

*/s/ Peter C. Economus* **– July 31, 2006**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**